**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| ALTON D. BROWN, | : No. 121 MM 2018 |
| Petitioner | : |
| v. | : |
| TOM WOLF, DEPUTY DIALESANDRO, ROBERT GILMORE, KYLE GUTH, B. JORDAN, AJ MORRIS, CAPTAIN SCHRADER, TRACY SHAWLEY, LIEUTENANT STICKLES, FARLEY TOOTHMAN, SERGEANT TROUT, IRMA VIHLIDAL, JOHN WETZEL, SUSAN K. WHITE, SHERRY WISE AND MIKE ZAREN, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 11th day of October, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Application for Leave to Proceed *In Forma Pauperis* are DENIED.